FILED
Sep 19 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AI DEPUTY

# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALICIA PAZ (1),
aka Alicia Astorga,
aka Alicia Flores,
ROBERT MAGRACIA (2),
aka Brazy,
LUIS TORRES (3),
aka Pisa, aka Paisa,
aka Enrique Luis Torres Jasso,
TINA GARCIA (4),
aka Tina Bowers,
DONALD ROBERT BORJA TUDELA (5),
aka "D",
aka Johnny Zepeda,
RICARDO DELGADO (6),
TIPASI SOPI, JR. (7),
aka Soap,
aka Sopi Tipasa,
[redacted]

Defendants.

Case No. '24 CR1958 JO

I N D I C T M E N T

Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Heroin; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants ALICIA PAZ, aka Alicia Astorga, aka Alicia Flores, ROBERT MAGRACIA, aka Brazy, LUIS TORRES, aka Pisa, aka Paisa, aka Enrique Luis Torres Jasso, TINA GARCIA, aka Tina Bowers,

MCB:nlv(1):San Diego:9/18/24

DONALD ROBERT BORJA TUDELA, aka "D", aka Johnny Zepeda, RICARDO DELGADO, TIPASI SOPI, JR., aka Soap, aka Sopi Tipasa, and [redacted] did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

On or about August 18, 2022, within the Southern District of California, defendants ALICIA PAZ, aka Alicia Astorga, aka Alicia Flores, and ROBERT MAGRACIA, aka Brazy, did knowingly and intentionally possess with intent to distribute 5 grams and more, to wit: approximately 40.79 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about August 18, 2022, within the Southern District of California, defendant ROBERT MAGRACIA, aka Brazy, did knowingly possess a firearm, that is, a privately made firearm ("PMF," aka ghost gun) pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count 2; all in violation of Title 18, United States Code, Section 924(c)(1).

//

//

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ALICIA PAZ, aka Alicia Astorga, aka Alicia Flores, ROBERT MAGRACIA, aka Brazy, LUIS TORRES, aka Pisa, aka Paisa, aka Enrique Luis Torres Jasso, TINA GARCIA, aka Tina Bowers, DONALD ROBERT BORJA TUDELA, aka "D", aka Johnny Zepeda, RICARDO DELGADO, TIPASI SOPI, JR., aka Soap, aka Sopi Tipasa, and [redacted] shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment. The properties to be forfeited include, but are not limited to: a privately made firearm ("PMF," aka ghost gun) pistol, and a 9mm privately made firearm ("PMF," aka ghost gun) pistol.

//

//

//

//

3. Upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), defendants ALICIA PAZ, aka Alicia Astorga, aka Alicia Flores, ROBERT MAGRACIA, aka Brazy, LUIS TORRES, aka Pisa, aka Paisa, aka Enrique Luis Torres Jasso, TINA GARCIA, aka Tina Bowers, DONALD ROBERT BORJA TUDELA, aka "D", aka Johnny Zepeda, RICARDO DELGADO, TIPASI SOPI, JR., aka Soap, aka Sopi Tipasa, and [redacted] [redacted] shall forfeit to the United States all firearms and ammunition involved the commission of the violations alleged in Counts 1 through 3 of this Indictment. The properties to be forfeited include, but are not limited to: a privately made firearm ("PMF," aka ghost gun) pistol, and a 9mm privately made firearm ("PMF," aka ghost gun) pistol.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: September 19, 2024.

[redacted]

TARA K. McGRATH
United States Attorney

By:
MARIO J. PEÑA
MATTHEW BREHM
RONALD SOU
Assistant U.S. Attorneys

I hereby attest and certify on Sep 20, 2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ Al
Deputy

